UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PASCUAL PASCUAL,

      Petitioner,

v.                              Case No.:  2:26-cv-01428-SPC-DNF

MARKWAYNE MULLIN *et al.*,

      Respondents,

_____/

## <u>OPINION AND ORDER</u>

Before the Court are Pascual Pascual's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 6).  The motion is unopposed so the Court grants the petition.

Pascual is a native and citizen of Guatemala who entered the United States about two years ago.  Immigration and Customs Enforcement ("ICE") recently arrested Pascual and detained him without an opportunity to seek release on bond.  In light of the Eleventh Circuit's recent opinion in *Hernandez Alvarez v. Warden*, --- F.4th ---, 2026 WL 1243395 (11th Cir. 2026), the government concedes Pascual is entitled to a bond hearing.

The Court will thus order the respondents to either bring Pascual before an immigration judge for an individualized bond hearing within ten days or release him.  To satisfy this Order, the hearing must include—and the resulting order must reflect—consideration of evidence properly submitted by

the petitioner and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and Pascual's counsel must be given at least 48 hours' notice of the hearing, but only if they enter their appearance in the Executive Office of Immigration Review's online filing system in time to receive the notice. The Court is aware the EOIR is the agency that conducts bond hearings, it is not a party to this action, and it may decide not to hold a hearing that satisfies these requirements. If the respondents are unable to ensure Pascual receives a bond hearing that complies with this Order within ten days, they must release him.

Accordingly, it is hereby

**ORDERED**:

Pascual Pascual's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)    Within **ten days** of this Opinion and Order, the respondents shall either (1) bring Pascual for an individualized bond hearing before an immigration judge or (2) release Pascual under reasonable conditions of supervision. If the respondents release Pascual, they shall facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

(2)    The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on May 15, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

3